# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JAMIE CHRISTOPHER MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01477-LCB-JHE |
| | ) |
| TALLADEGA COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff Jamie Christopher May filed a *pro se* amended complaint seeking monetary damages or injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 16). On April 19, 2024, the magistrate judge entered a report recommending the court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. (Doc. 16). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

---

[1] The Clerk of Court mailed the report and recommendation to the plaintiff's address of record on April 19, 2024. (Doc. 15). On April 22, 2024, the plaintiff notified the court of his address change. (Doc. 17). On the same day, the Clerk resent the report and recommendation to the plaintiff at his updated address. More than 100 days have elapsed, and the plaintiff has not filed objections or otherwise responded to the report and recommendation.

Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A separate final judgment will be entered.

**DONE** and **ORDERED** this August 8, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE